**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-6162**

-----

EDWARD LONNIE MCCARROLL,

Plaintiff - Appellant,

versus

JAMES HUNT, Governor of North Carolina;
FRANKLIN FREEMAN, Secretary of North Carolina
Department of Corrections; EDWARD DEVITO, Di-
rector, Durham Merchants and Citizens Against
Crime,

Defendants - Appellees.

-----

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-95-903-5-F)

-----

Submitted: May 14, 1996          Decided: May 24, 1996

-----

Before ERVIN, HAMILTON, and LUTTIG, Circuit Judges.

-----

Affirmed by unpublished per curiam opinion.

-----

Edward Lonnie McCarroll, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing as frivolous his claims for relief under 42 U.S.C. § 1983 (1983). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McCarroll v. Hunt</u>, No. CA-95-903-5-F (E.D.N.C. Dec. 14, 1995 & Jan. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2